IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN OFFICERS and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-cv-768<br><br>Judge Gettleman<br><br>Magistrate Judge Denlow |

### NOTICE OF MOTION

On February 26, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

### CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2007, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND MOTION TO PRESERVE EVIDENCE

to be filed electronically with the Clerk of Court through ECF.

                                    s/ Erica Faaborg
                                    Law Offices of Blake Horwitz, Ltd.
                                    155 N. Michigan, Suite 723
                                    Chicago, Illinois  60601
                                    Tel: (312) 616-4433
                                    Fax: (312) 565-7173