# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**Corey Anderson v. City of Chicago, Unknown Officers**         Case Number:   08 C 0768

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY**

**City of Chicago**

| | |
|---|---|
| **NAME** (Type or print)<br>**Robert Rutherford** | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/Robert Rutherford | |
| **FIRM**  City of Chicago, Corporation Counsel | |
| **STREET ADDRESS**  30 N. LaSalle St., Suite 1020 | |
| **CITY/STATE/ZIP**  Chicago, IL 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06288564 | **TELEPHONE NUMBER**<br>312-742-7036 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ■ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |