## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 768 | **DATE** | 2/26/2008 |
| **CASE TITLE** | Corey Anderson   vs   Unknown Officers | | |

**DOCKET ENTRY TEXT:**

Plaintiff is granted leave to file an amended complaint.
Plaintiff's motion [7] to preserve evidence is continued to 3/20/2008, at 9:15 a.m.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|