**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COREY ANDERSON, | ) | |
| | ) | **No. 08 C 768** |
| Plaintiff, | ) | |
| | ) | JUDGE GETTLEMAN |
| v. | ) | |
| | ) | Magistrate Judge Denlow |
| UNKNOWN OFFICERS and the CITY OF | ) | |
| CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation

Counsel for the City of Chicago, respectfully moves for an extension of time to April 2, 2008 to

answer or otherwise plead in response to Plaintiff's complaint.  In support of this motion, the

City states the following:

1.    Plaintiff filed his complaint in the United States District Court, Northern District

of Illinois, Eastern Division, on or about February 4, 2008.  The City was due to answer on or

about February 25, 2008.

2.    Undersigned counsel for the City was assigned the case on or about February 21,

2008, the first opportunity that undersigned counsel had to review Plaintiff's complaint.

3.    Undersigned counsel for the City mistakenly but in good faith believed that the

City had thirty (30) days in which to answer Plaintiff's complaint and thus believed that the

City's answer was due on March 5, 2008.

4.    The Office of the Corporation Counsel and the Chicago Police Department are

still in the process of investigating the allegations in Plaintiff's complaint and compiling the

pertinent records.

5.      This motion is the City's first request for an extension of time to answer or

otherwise plead.  This request is made not to delay the proceedings but rather to allow the City to

respond properly to the allegations in Plaintiff's complaint.

6.      One of Plaintiff's attorneys, Erica Faaborg of the Law Offices of Blake Horwitz,

Ltd., indicated in a faxed letter dated March 5, 2008 that she would not agree to the City's

request for an extension of time.

WHEREFORE, Defendant City of Chicago respectfully requests that it be given an

extension of time to April 2, 2008 to answer or otherwise plead in response to Plaintiff's

complaint; and for any other relief that this Honorable Court deems proper.


Respectfully submitted,


MARA S. GEORGES
Corporation Counsel
City of Chicago


BY:    /s/ Thomas J. Aumann
       THOMAS J. AUMANN
       Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566 (Phone)
(312) 744-3989 (Fax)
Atty. No. 06282455

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **Defendant City of Chicago's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint** to be served upon Blake Horwitz at lobh@att.net and Erica Faaborg at erica.lobh@gmail.com, via electronic mail, on this 5th day of March, 2008.


/s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel