IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY ANDERSON, ) | |
| ) | **No. 08 C 768** |
| Plaintiff, ) | |
| ) | JUDGE GETTLEMAN |
| v. ) | |
| ) | Magistrate Judge Denlow |
| UNKNOWN OFFICERS and the CITY OF ) | |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:    Blake Horwitz (lobh@att.net)
        Erica Faaborg (erica.lobh@gmail.com)
        The Law Offices of Blake Horwitz, Ltd.
        155 North Michigan Avenue
        Suite 723
        Chicago, Illinois 60601

      **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendant City of Chicago's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

      **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Dow, or before such other Judge sitting in his stead, on the 19th day of March, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

      **DATED** at Chicago, Illinois this 5th day of March, 2008.

                                                          Respectfully submitted,

                                                          MARA S. GEORGES
                                                         Corporation Counsel
                                                         City of Chicago

                    By:    /s/ Thomas J. Aumann
                              THOMAS J. AUMANN
                              Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566
Atty. No. 06282455