IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY ANDERSON,<br><br>     Plaintiff,<br><br>     v.<br><br>OFFICER T. CAREY #18795, OFFICER D. BORA #19830, OFFICER B. TOWN #3599, OFFICER E. MAY #16474, OFFICER S. PICKETT #12737, and the CITY OF CHICAGO,<br><br>     Defendants. | Judge Gettleman<br>Magistrate Judge Denlow<br><br><br>No. 08-c-768 |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that on March 7, 2008, I have caused to be filed with the Clerk of the above Court <u>Plaintiff's First Amended Complaint</u>.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFF'S FIRST AMENDED COMPLAINT AND NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Thomas Jon Aumann    thomas.aumann@cityofchicago.org

Erica E. Faaborg    erica.lobh@gmail.com

Blake Wolfe Horwitz    lobh@att.net, bwhorwitz@att.net

Robert Charles Rutherford    robert.rutherford@cityofchicago.org

s/Erica Faaborg_____
Law Offices of Blake Horwitz, Ltd.
155 N. Michigan, Suite 723
Chicago, Illinois  60601
Tel: (312) 616-4433
Fax: (312) 565-7173