**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COREY ANDERSON, | ) | |
| | ) | **No. 08 C 768** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE GETTLEMAN |
| | ) | |
| OFFICER T. CAREY #18795, OFFICER D. | ) | |
| BORA #19830, OFFICER B. TOWN #3559, | ) | Magistrate Judge Denlow |
| OFFICER E. MAY #16474, OFFICER S. | ) | |
| PICKETT #12737, and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S FIRST AMENDED
COMPLAINT AT LAW**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation

Counsel for the City of Chicago, respectfully moves for an extension of time to April 17, 2008 to

answer or otherwise plead in response to plaintiff's complaint.  In support of this motion, the

City states the following:

1.      Plaintiff filed his complaint in the United States District Court, Northern District

of Illinois, Eastern Division, on or about February 4, 2008.  The City was due to answer on or

about February 25, 2008.

2.      Undersigned counsel for the City was assigned the case on or about February 21,

2008, the first opportunity that undersigned counsel had to review Plaintiff's complaint.

3.      On March 5, 2008, the City filed its Motion for Extension of Time to Answer or

Otherwise Plead to Plaintiff's Complaint.  Before the Court entered an order pertaining to the

motion, plaintiff filed his First Amended Complaint at Law ("First Amended Complaint") on

March 7, 2008.

4.      The Office of the Corporation Counsel and the Chicago Police Department are still in the process of investigating the allegations in plaintiff's complaint and compiling the pertinent records.

5.      This motion is the City's first request for an extension of time to answer or otherwise plead to plaintiff's First Amended Complaint.  This request is made not to delay the proceedings but rather to allow the City to respond properly to the allegations in plaintiff's First Amended Complaint.

6.      On March 20, 2008, undersigned counsel spoke by telephone with one of plaintiff's attorneys, Abbas Merchant of the Law Offices of Blake Horwitz, Ltd., who indicated that he would agree to the City's request for an extension of time.

WHEREFORE, Defendant City of Chicago respectfully requests that it be given an extension of time to April 17, 2008 to answer or otherwise plead in response to plaintiff's First Amended Complaint at Law; and for any other relief that this Honorable Court deems proper.

Respectfully submitted,


MARA S. GEORGES
Corporation Counsel
City of Chicago


BY:    /s/ Thomas J. Aumann
       THOMAS J. AUMANN
       Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566 (Phone)

(312) 744-3989 (Fax)
Atty. No. 06282455

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have caused true and correct copies of the above and foregoing **Notice of Motion** and **Defendant City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's First Amended Complaint at Law** to be served upon Blake Horwitz at lobh@att.net, via electronic mail, on this 20th day of March, 2008.


/s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel