**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COREY ANDERSON, | ) | |
| | ) | **No. 08 C 768** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE GETTLEMAN |
| | ) | |
| OFFICER T. CAREY #18795, OFFICER D. | ) | |
| BORA #19830, OFFICER B. TOWN #3559, | ) | Magistrate Judge Denlow |
| OFFICER E. MAY #16474, OFFICER S. | ) | |
| PICKETT #12737, and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Blake Horwitz
      The Law Offices of Blake Horwitz, Ltd.
      155 North Michigan Avenue
      Suite 723
      Chicago, Illinois  60601
      lobh@att.net

    **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendant City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's First Amended Complaint at Law**, a copy of which is attached hereto and herewith served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gettleman, or before such other Judge sitting in his stead, on the 25th day of March, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

    **DATED** at Chicago, Illinois this 20th day of March, 2008.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel
City of Chicago

By:    /s/ Thomas J. Aumann
THOMAS J. AUMANN
Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566
Atty. No. 06282455