## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Corey Anderson

                          Plaintiff,

v.                                              Case No.: 1:08−cv−00768
                                             Honorable Robert W. Gettleman

City of Chicago, et al.

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2008:

      MINUTE entry before Judge Honorable Robert W. Gettleman:Defendant City of Chicago's motion for extension of time to answer [13] is moot; Defendant City of Chicago's motion for extension of time [17] to 4/17/2008 to answer or otherwise plead to the amended complaint is granted.Telephone notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.