IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 08 C 0768 |
| ) | |
| OFFICER T. CAREY #18795, OFFICER D. ) | Judge Gettleman |
| BORA #19830, OFFICER B. TOWN #3599, ) | |
| OFFICER E. MAY #16474, OFFICER S. ) | Magistrate Judge Denlow |
| PICKETT #12737, and the CITY OF ) | |
| CHICAGO, ) | |
| Defendants. ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR TO LEAVE TO FILE
*INSTANTER* ITS ANSWER, DEFENSES, AND JURY DEMAND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, moves this honorable court to allow it to submit *instanter* its Answer, Defenses and Jury Demand to Plaintiff's First Amended Complaint, and in support states:

1. In a minute order dated March 27, 2008, this Court granted the City's motion for extension of time to answer of otherwise plead to plaintiff's First Amended Complaint. The City was given until April 17, 2008, to answer or otherwise plead.

2. Due to the time constraints of the undersigned counsel, the City did not timely file its answer on April 17, 2008, and hereby seeks leave to file its answer *instanter*.

3. The delay in filing the attached answer was not done to prejudice the plaintiff or in any way delay the proceedings. Therefore, the City respectfully asks this Court to accept the attached answer to plaintiff's First Amended Complaint.

**WHEREFORE**, the City respectfully requests that it be allowed to submit instanter its

1

Answer, Defenses and Jury Demand to Plaintiff's First Amended Complaint.

**DATED:** April 21, 2008.

                                              Respectfully submitted,

                                              MARA S. GEORGES
                                              Corporation Counsel of the City of Chicago

                                              */s/Robert C. Rutherford, Jr.*
                                              ROBERT C. RUTHERFORD, Jr.
                                              THOMAS J. AUMANN
                                              Assistants Corporation Counsel

Employment & Policy Litigation
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-7036/ 744-1566

**CERTIFICATE OF SERVICE**

      I certify that, on April 21, 2008, I caused a true and correct copy of **Defendant City of Chicago's Motion for Leave to File *Instanter* its Answer, Defenses, and Jury Demand to the First Amended Complaint**, to be served on plaintiff's attorney by electronic filing.

Blake Horwitz
Horwitz, Richardson, and Baker, LLC
20 South Clark Street, Suite 500,
Chicago, IL 60603
(312) 676- 2100

                                          *s/ Robert C. Rutherford, Jr.*
                                          ROBERT C. RUTHERFORD, Jr.
                                          Assistant Corporation Counsel

Employment and Policy Litigation Division
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-7036