UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY ANDERSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 C 0768 |
| | ) |
| OFFICER T. CAREY #18795, OFFICER D. BORA #19830, OFFICER B. TOWN #3599, OFFICER E. MAY #16474, OFFICER S. PICKETT #12737, and the CITY OF CHICAGO, | ) Judge Gettleman ) ) Magistrate Judge Denlow ) ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:  Blake Horwitz
     Horwitz, Richardson, and Baker, LLC
     20 South Clark Street, Suite 500,
     Chicago, IL 60603
     (312) 676- 2100

**PLEASE TAKE NOTICE** that I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Motion for Leave to File *Instanter* its Answer, Defenses, and Jury Demand to Plaintiff's First Amended Complaint**, a copy of which is hereby served upon you.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Robert W. Gettleman, or before such other Judge or Magistrate Judge sitting in his stead, in courtroom 1703, located at 219 S. Dearborn Street, on the **29th day of April, 2008, at 9:15 a.m.** or as soon thereafter as counsel may be heard and then and there present the attached motion.

**DATED** at Chicago, Illinois on this 21st day of April, 2008.

                                    Respectfully submitted,
                                    MARA S. GEORGES
                                    Corporation Counsel of the
                                    City of Chicago

Employment and Policy Litigation Division
30 North LaSalle Street, Suite 1020         By:   s/ *Robert C. Rutherford, Jr.*
Chicago, Illinois 60602                            ROBERT C. RUTHERFORD, Jr.
(312) 742-7036                                     Assistant Corporation Counsel