## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 768 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Corey Anderson   vs   Officer T. Carey | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for leave to file answer, defenses and jury demand is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|