UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COREY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 C 0768 |
| | ) | |
| OFFICER T. CAREY #18795, OFFICER D. BORA #19830, OFFICER B. TOWN #3599, | ) ) | Judge Gettleman |
| OFFICER E. MAY #16474, OFFICER S. PICKETT #12737, and the CITY OF CHICAGO, | ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:  Blake Horwitz
Horwitz, Richardson, and Baker, LLC
20 South Clark Street, Suite 500,
Chicago, IL 60603
(312) 676- 2100

**PLEASE TAKE NOTICE** that on May 28, 2008, the City of Chicago, filed its **Motion to Withdraw Appearance of Robert C. Rutherford, Jr.** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Robert W. Gettleman, or before such other Judge or Magistrate Judge sitting in his stead, in courtroom 1703, located at 219 S. Dearborn Street, on **Thursday, June 5, 2008 at 9:15 a.m.,** or as soon thereafter as counsel may be heard, and present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 28th day of May, 2008.

Respectfully submitted,
MARA S. GEORGES
Corporation Counsel of the
City of Chicago

Employment Litigation
30 North LaSalle Street, Suite 1020   By:   s/ *Robert C. Rutherford, Jr.*
Chicago, Illinois 60602                        ROBERT C. RUTHERFORD, Jr.
(312) 742-7036                                 Assistant Corporation Counsel