## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 768 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Corey Anderson    vs    Officer T. Carey | | |

**DOCKET ENTRY TEXT:**

Defendant City of Chicago's motion to withdraw the appearance of counsel Robert C. Rutherford, Jr. Is granted.

[Docketing to mail notice]

00:01

| | Courtroom Deputy | GDS |
|---|---|---|