IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY ANDERSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>OFFICER T. CAREY #18795,<br>OFFICER D. BORA #19830, OFFICER B. TOWN #3599, OFFICER E. MAY #16474, OFFICER S. PICKETT #12737  and CITY OF CHICAGO,<br><br>  Defendants. | No. 08-cv-768<br><br>JUDGE Gettleman<br><br>MAGISTRATE JUDGE Denlow |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT
CITY OF CHICAGO**

NOW COMES the Plaintiff, by and through the offices of HORWITZ, RICHARDSON & BAKER LLC., and hereby presents the following Motion to Compel to Defendant City of Chicago:

1. On March 4, 2008, Erica Faaborg, counsel on record for Plaintiff at Horwitz, Richardson and Baker, LLC., attemped to have a F.R.C.P. 26(f) conference with Thomas Aumann, counsel on record for the Defendant City of Chicago.  On March 5, 2008, Thomas Aumann informed Erica Faaborg that he would be unwilling to exchange in a 26(f) conference. (*See* Exhibit A).  Notwithstanding said conversation, Plaintiff's counsel, Erica Faaborg, informed Thomas Aumann that she would issue discovery to Defendant City of Chicago, in order to hasten litigation of this case.  (Exhibit A).

2. On June 18, 2008, Erica Faaborg served Plaintiff's Interrogatories, Notice of Deposition, Requests to Admit, and Requests to Produce via hand delivery upon Thomas Aumann, received by R. Smith at 30 N. LaSalle St., Suite 1020, Chicago, IL.  (*See* Exhibit B).

3. On July 21, 2008, Plaintiff's counsel received the City of Chicago's Answers to Plaintiff's Request to Admit.  However, Plaintiff's counsel have not received any further answers to discovery and the Defendant City of Chicago has failed to respond to the outstanding discovery requests by July 18, 2008.

4. Counsel for Plaintiff have satisfied their duty under Local Rule 37.2 to make a good faith effort to confer with Thomas Aumann, counsel for the City of Chicago, to partake in a 26(f) conference and engage in exchange of discovery.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court enter an order compelling the Defendant City of Chicago to answer Plaintiff's Interrogatories, Notice of Deposition, and Requests to Produce.

Respectfully Submitted.

s/ Erica Faaborg
Erica Faaborg, Esq.

HORWITZ, RICHARDSON, & BAKER, LLC.
Blake Horwitz, Esq.
20 South Clark Street, Suite 500
Chicago, IL 60603
P: (312) 676-2100
F: (312) 372-7076