# EXHIBIT A

# LAW OFFICES OF BLAKE HORWITZ

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Abbas B. Merchant, Esq.

*Legal Assistants*
Emily E. Schnidt    Ra Chaka
John C. Ochoa       Dennis Gary

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

March 5, 2008

Thomas J. Aumann                                         Via Facsimile
Assistant Corporation Counsel
City of Chicago, Department of Law
30 North LaSalle Street Suite 1020
Chicago, Illinois 60602
(312) 744-3989 (fax)


Re: *Anderson v. Unknown Officers*, 08-c-768

Dear Counsel,

    Your obligation to answer or otherwise plead to the complaint has expired. However, we discussed the City getting extra time to file an answer or otherwise plead to the complaint. Yesterday we offered to agree to your motion for an extension of time contingent upon your agreeing to participate in a 26(f) conference. You indicated that you would get back to me tomorrow regarding said conference.

    Today you informed me that you would be unwilling to engage in a 26(f) conference. and would be moving for an extension of time to answer the complaint. You objected to holding the 26(f) conference based on the fact that the officers in this case remain unnamed and have yet to be served. However, Plaintiff has tendered his social security number and date of birth to provide you with the relevant information to allow you to get the police records, and thus identify the officers involved. Plaintiff is still attempting to secure this information, perhaps the City's ability to access these records would hasten the process for both parties.

    Notwithstanding your delay in answering the complaint, in order to hasten litigation of this case, we plan to issue discovery in this case. As you refused to engage in the 26(f) conference, we cannot agree to your extension request, as that would cause a further delay to us moving forward on this case. We understand that you will be filing the motion to extend, nonetheless we will be issuing discovery to the City.

155 North Michigan, Suite 723            Phone: 312-616-4433            lobh@att.net
Chicago, Illinois 60601                  Fax: 312-565-7173

- 2 -

If you have any questions regarding the above, or would like to discuss this matter please do not hesitate to contact me.

Sincerely,

Erica Faaborg

# hp LaserJet 3015



Law Offices of Blake Horwitz
312-565-7173
Mar-5-2008    4:50PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 768 | 3/ 5/2008 | 4:49:52PM | Send | 7443989 | 0:56 | 2 | OK |

---

**LAW OFFICES OF BLAKE HORWITZ**

Blake Horwitz, Esq.

*Associates*
Amanda S. Yarusso, Esq.
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Abbas B. Merchant, Esq.

*Legal Assistants*
Emily E. Schmidt    Ra Chaka
John C. Ochoa       Dennis Gary

*Of Counsel*
Elliot Richardson, Esq.
Robert Pantoga, Esq.

March 5, 2008

Thomas J. Aumann                                  Via Facsimile
Assistant Corporation Counsel
City of Chicago, Department of Law
30 North LaSalle Street Suite 1020
Chicago, Illinois 60602
(312) 744-3989 (fax)

Re: *Anderson v. Unknown Officers*, 08-c-768

Dear Counsel,

Your obligation to answer or otherwise plead to the complaint has expired. However, we discussed the City getting extra time to file an answer or otherwise plead to the complaint. Yesterday we offered to agree to your motion for an extension of time contingent upon your agreeing to participate in a 26(f) conference. You indicated that you would get back to me tomorrow regarding said conference.

Today you informed me that you would be unwilling to engage in a 26(f) conference, and would be moving for an extension of time to answer the complaint. You objected to holding the 26(f) conference based on the fact that the officers in this case remain unnamed and have yet to be served. However, Plaintiff has tendered his social security number and date of birth to provide you with the relevant information to allow you to get the police records, and thus identify the officers involved. Plaintiff is still attempting to secure this information, perhaps the City's ability to access these records would hasten the process for both parties.

Notwithstanding your delay in answering the complaint, in order to hasten litigation of this case, we plan to issue discovery in this case. As you refused to engage in the 26(f) conference, we cannot agree to your extension request, as that would cause a further delay to us moving forward on this case. We understand that you will be filing the motion to extend, nonetheless we will be issuing discovery to the City.

155 North Michigan, Suite 723          Phone: 312-616-4433      lobh@att.net
Chicago, Illinois 60601                Fax: 312-565-7173