# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY ANDERSON, | |
| Plaintiff, | |
| vs. | |
| | No. 08-cv-768 |
| OFFICER T. CAREY #18795, OFFICER D. BORA #19830, OFFICER B. TOWN #3599, OFFICER E. MAY #16474, OFFICER S. PICKETT #12737 and CITY OF CHICAGO, | JUDGE Gettleman<br><br>MAGISTRATE JUDGE Denlow |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned, Erica Faaborg, an attorney, states that on June 18, 2008, I served Plaintiff's Interrogatories, Request to Produce, Request to Admit, and Deposition notices by submitting same via hand delivery to the following individual, at the following address:

To:   Thomas J. Aumann
      Office of the Corporation Counsel
      30 N. LaSalle St. Ste. 1020
      Chicago, IL 60602

Received By: _____          Received By: _____

Printed Name: R. Smith                Printed Name: _____

Date: 6/18/08                         Date: _____

                              _____
                              Erica Faaborg

Horwitz, Richardson & Baker LLC
20 S. Clark Street, Suite 500
Chicago, IL 60603
Phone: (312) 676-2100
Fax: (312) 372-7076

1