IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY ANDERSON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN OFFICERS and the CITY OF CHICAGO,<br><br>　　Defendants. | No. 08-cv-768<br><br>Judge Gettleman<br><br>Magistrate Judge Denlow |

### NOTICE OF MOTION

On August 20, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

### CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFF'S MOTION TO COMPEL DEFENDANT CITY OF CHICAGO

to be filed electronically with the Clerk of Court through ECF.

| | |
|---|---|
| Thomas Aumann | Thomas.aumann@cityofchicago.org |
| Blake Horwitz | BlakeHorwitz@hrbattorneys.com |
| Erica Faaborg | EricaFaaborg@hrbattorneys.com |

　　　　　　　　　　　　　　s/ Erica Faaborg____
　　　　　　　　　　　　　　HORWITZ, RICHARDSON, & BAKER, LLC.
　　　　　　　　　　　　　　20 South Clark Street, Suite 500
　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　P: (312) 676-2100
　　　　　　　　　　　　　　F: (312) 372-7076