IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER T. CAREY #18795,<br>OFFICER D. BORA #19830, OFFICER B. TOWN #3599, OFFICER E. MAY #16474, OFFICER S. PICKETT #12737 and CITY OF CHICAGO,<br><br>    Defendants. | No. 08-cv-768<br><br>JUDGE Gettleman<br><br>MAGISTRATE JUDGE Denlow |

### NOTICE OF DEPOSITION

To:   Thomas J. Aumann
      Office of the Corporation Counsel
      30 N. LaSalle St. Ste. 1020
      Chicago, IL 60602


DEPOSITION SCHEDULE

| Deponent | Date | Time |
|---|---|---|
| OFFICER T. CAREY #18795 | September 22, 2008 | 10:00 a.m. |
| OFFICER D. BORA #19830 | September 23, 2008 | 10:00 a.m. |
| OFFICER B. TOWN #3599 | September 24, 2008 | 10:00 a.m. |
| OFFICER E. MAY #16474 | September 25, 2008 | 10:00 a.m. |
| OFFICER S. PICKETT #12737 | September 26, 2008 | 10:00 a.m. |
| 30(b)6 witness to testify as to proper police procedure in connection with the use of force to be used upon an arrestee | September 29, 2008 | 10:00 a.m. |

1


DEFENDANT'S EXHIBIT A

| 30(b)(6) witness to testify as to proper techniques in inventorying and handling evidence | September 30, 2008 | 10:00 a.m. |
|---|---|---|
| 30(b)(6) witness to testify as to the determination of probable cause to effectuate and arrest | October 1, 2008 | 10:00 a.m. |

You are hereby notified that the undersigned or another attorney at Horwitz, Richardson & Baker LLC will take the deposition of the above named deponents before a notary public or any other duly authorized officer in the City of Chicago
on the above referenced dates.

Location of Deposition: 20 S. Clark, Suite 500, Chicago, IL.

You are hereby further notified pursuant to the Federal Rules of Civil Procedure you are by this notice required to have present at the date, time and place stated, the said Deponent for oral examination for the purpose of discovery.

## **DEPOSITION RIDER**

PLEASE COMPLY WITH THE DEPOSITION RIDER BY FULLY RESPONDING TO THE REQUEST TO PRODUCE AND ANY SUPPLEMENTATIONS IN CONNECTION THERETO BY BRINGING SAID DOCUMENTS TO THE DEPOSITION OF THE DEPONENTS REFERENCED ABOVE.

Respectfully Submitted,

_____
Erica Faaborg
Attorney for the Plaintiff

Horwitz, Richardson & Baker LLC
20 S. Clark Street, Suite 500
Chicago, IL 60603
Phone: (312) 676-2100
Fax: (312) 372-7076