

**City of Chicago**
**Richard M. Daley, Mayor**

Department of Law

Mara S. Georges
Corporation Counsel

Employment and Policy Litigation
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602
(312) 744-5100
(312) 744-3989 (FAX)
(312) 744-5131 (TTY)

http://www.cityofchicago.org

July 18, 2008

**VIA MESSENGER DELIVERY**
Erica Faaborg
Horwitz, Richardson & Baker
Two First National Plaza
20 South Clark Street
Suite 500
Chicago, Illinois 60603

Re: <u>Anderson v. Carey, et al.</u>
    08 C 768

Dear Counsel:

Enclosed please find the City's answer to Plaintiff's Request to Admit. Due to the severe consequences that may befall a party that does not respond to a request to admit, and in the spirit of fostering cooperation in this matter, I am providing you with the City's answer at this time. You are being provided with the City's answer despite the fact that the parties have not engaged in a Rule 26(f) conference to date. It is the City's position that Plaintiff's Request to Admit were improperly issued on June 18, 2008.

Very truly yours,

Thomas J. Aumann
Assistant Corporation Counsel



