# EXHIBIT C

# HORWITZ, RICHARDSON & BAKER  HR&B

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

*Of Counsel*
Alexander Sukhman, Esq.

August 15, 2008

Thomas J. Aumann                                                  Via Facsimile
Assistant Corporation Counsel
City of Chicago, Department of Law
30 North LaSalle Street Suite 1020
Chicago, Illinois 60602
Fax: 312-744-3989

Re: *Anderson v. Unknown Officers*, 08-c-768

Dear Mr. Aumann:

Thank you for our conversation today. As we discussed, I believe that FRCP 26 requires discovery responses at this time. You believe that it does not (as the officers have not appeared). We are now at issue in this connection and we shall have this matter resolved before Judge Gettleman. Thank you for the conversation today.

Sincerely,

Blake Horwitz

Case 1:08-cv-00768   Document 35-4   Filed 08/20/2008   Page 3 of 3

# hp LaserJet 3015



Law Offices
3123727076
Aug-15-2008   1:59PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 92 | 8/15/2008 | 1:58:29PM | Send | 13127443989 | 0:55 | 1 | OK |

---

**HORWITZ, RICHARDSON & BAKER** H R & B

Blake Horwitz, Esq.
Elliot Richardson, Esq.
Sean M. Baker, Esq.

*Associates:*
Tali K. Albukerk, Esq.
Erica E. Faaborg, Esq.
Edward L. Garris, Esq.
Abbas B. Merchant, Esq.
Rachelle M. Sorg, Esq.
Amanda S. Yarusso, Esq.

*Of Counsel*
Alexander Sukhman, Esq.

August 15, 2008

Thomas J. Aumann                                  Via Facsimile
Assistant Corporation Counsel
City of Chicago, Department of Law
30 North LaSalle Street Suite 1020
Chicago, Illinois 60602
Fax: 312-744-3989

Re: *Anderson v. Unknown Officers*, 08-c-768

Dear Mr. Aumann:

Thank you for our conversation today. As we discussed, I believe that FRCP 26 requires discovery responses at this time. You believe that it does not (as the officers have not appeared). We are now at issue in this connection and we shall have this matter resolved before Judge Gettleman. Thank you for the conversation today.

Sincerely,

Blake Horwitz /mp

---

Two First National Plaza
20 South Clark Street, Suite 500, Chicago, Illinois 60603
Phone: (312) 676-2100   Fax: (312) 372-7076   www.hrbattorneys.com

