IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY ANDERSON, | |
| Plaintiff, | |
| | No. 08-cv-768 |
| v. | |
| | Judge Gettleman |
| UNKNOWN OFFICERS and the CITY OF CHICAGO, | |
| | Magistrate Judge Denlow |
| Defendants. | |

### NOTICE OF MOTION

On August 25, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Denlow at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached motion.

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF MOTION AND PLAINTIFF'S MOTION TO COMPEL DEFENDANT CITY OF CHICAGO

to be filed electronically with the Clerk of Court through ECF.

| | |
|---|---|
| Thomas Aumann | Thomas.aumann@cityofchicago.org |
| Blake Horwitz | BlakeHorwitz@hrbattorneys.com |
| Erica Faaborg | EricaFaaborg@hrbattorneys.com |

s/ Erica Faaborg
HORWITZ, RICHARDSON, & BAKER, LLC.
20 South Clark Street, Suite 500
Chicago, IL 60603
P: (312) 676-2100
F: (312) 372-7076