# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Corey Anderson
                Plaintiff,

v.
                                    Case No.: 1:08−cv−00768
                                    Honorable Robert W. Gettleman

City of Chicago, et al.
                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision (motions to compel[32][35]), and settlement.(gds, ) Mailed notice.

Dated: August 21, 2008

                                                                   /s/ Robert W. Gettleman

                                                                 United States District Judge