**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Corey Anderson
                      Plaintiff,

v.Case No.: 1:08−cv−00768
Honorable Robert W. Gettleman

City of Chicago, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Morton Denlow: Motion hearing held on 8/25/2008 regarding motion to compel[32][35]. Motion to compel [35] [32] is denied as stated in open Court. Status hearing set for 10/30/2008 at 10:00 AM. Motions terminated: MOTION by Plaintiff Corey Anderson to compel[32], [35]. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.