**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COREY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 768 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| OFFICER T. CAREY #18795, OFFICER D. | ) | Magistrate Judge Denlow |
| BORA #19830, OFFICER B. TOWN #3599, | ) | |
| OFFICER E. MAY #16474, OFFICER S. | ) | |
| PICKETT #12737, and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT OFFICERS' UNOPPOSED MOTION TO EXTEND**
**THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendants T. Carey, D. Bora, B. Town, E. May, and S. Pickett, (collectively, "Defendant

Officers"), by their attorney, Marc J. Boxerman, respectfully request this Honorable Court for an

extension of time until October 1, 2008, to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendant Officers state:

1.      Plaintiff filed his amended complaint on March 7, 2008, naming for the first time the

        Defendant Officers as defendants.

2.      T. Carey and E. May were personally served the amended complaint on May 21, 2008,

        but undersigned counsel did not receive notice of this service until August 22, 2008.  B.

        Town was personally served on August 18, 2008.  D. Bora was personally served on

        August 22, 2008.  S. Pickett was personally served on August 27, 2008.

3.      Undersigned counsel filed his appearance on behalf of the Defendant Officers today but

        has not yet had an opportunity to meet with them to discuss this matter so that he may

answer the complaint or otherwise plead on their behalf.  Additionally, undersigned

counsel is in the process of ordering pertinent Chicago Police Department records.

4.     This motion is the Defendant Officers' first request for an extension of time to answer or

otherwise plead.  Such a request will not unduly delay the resolution of this matter, nor

will it prejudice Plaintiff.

5.     Undersigned counsel spoke to Erica Faaborg, one of Plaintiff's attorneys, and informed

her of his intention to file this motion.  She indicated that she did not have any objection.

       **WHEREFORE**, Defendant Officers respectfully requests that they be given until

October 1, 2008, to answer or otherwise plead to the amended complaint.

                                          Respectfully Submitted,

                                          MARA S. GEORGES
                                          CORPORATION COUNSEL

                              BY:     s/ Marc J. Boxerman
                                          Marc J. Boxerman
                                          Senior Counsel

City of Chicago Department of Law
30 N. La Salle St., Suite 1400
Chicago, IL 60602
(312) 744-7684
Attorney No. 6215790

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on September 5, 2008, I have caused true and correct copies of the above **Defendant Officers' Unopposed Motion to Extend the Time in Which to Answer or Otherwise Plead** and **Notice of Motion** to be served on the persons named below, each a "Filing User" pursuant to ECF, in accordance with the rules of the electronic filing of documents.

s/ Marc J. Boxerman
MARC J. BOXERMAN

Persons served:

| | |
|---|---|
| Thomas Aumann | Blake Horwitz |
| City of Chicago Department of Law | Erica E. Faaborg |
| 30 N. La Salle Street, Suite 1020 | Horwitz, Richardson & Baker, LLC |
| Chicago, IL 60602 | 20 S. Clark Street, Suite 500 |
| | Chicago, IL 60603 |