IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COREY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 768 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| OFFICER T. CAREY #18795, OFFICER D. BORA #19830, OFFICER B. TOWN #3599, OFFICER E. MAY #16474, OFFICER S. PICKETT #12737, and the CITY OF CHICAGO, | ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Thomas Aumann                                     Blake Horwitz
City of Chicago Department of Law       Erica E. Faaborg
30 N. La Salle Street, Suite 1020              Horwitz, Richardson & Baker, LLC
Chicago, IL 60602                                       20 S. Clark Street, Suite 500
                                                                      Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court, the **Defendant Officers' Unopposed Motion to Extend the Time in Which to Answer or Otherwise Plead**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge Robert W. Gettleman, or before such other Judge sitting in his stead, on September 16, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, in room 1703 of the Dirksen Courthouse, 219 S. Dearborn Street, Chicago, IL and present the attached motion.

Date:   September 5, 2008

                                                                By:   s/ Marc J. Boxerman
                                                                        MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago, Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790