IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY ANDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER T. CAREY #18795,<br>OFFICER D. BORA #19830, OFFICER B.<br>TOWN #3599, OFFICER E. MAY #16474,<br>OFFICER S. PICKETT #12737  and CITY OF<br>CHICAGO,<br><br>    Defendants. | No. 08-cv-768<br><br>JUDGE Gettleman<br><br>MAGISTRATE JUDGE Denlow |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

JOINT STATUS REPORT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Horwitz         bwhorwitz@hrbattorneys.com

Erica Faaborg        Efaaborg@hrbattorneys.com

Thomas Jon Aumann     thomas.aumann@cityofchicago.org

Mark Boxerman        mark.boxerman@cityofchicago.org

                                                   s/ Erica Faaborg
                                                   Erica Faaborg, Esq.
                                                   Horwitz, Richardson, and Baker, LLC
                                                   20 S. Clark, Suite 500
                                                   Chicago, IL 60603
                                                   Tel: 312-676-2100
                                                   Fax: 312-372-7076
                                                   efaaborg@hrbattorneys.com